**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6915**

RODGER HANSON,

                    Plaintiff – Appellant,

          v.

DR. ROBERT OWENS,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:14-ct-03078-D)

Submitted:  December 15, 2016          Decided:  December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodger Hanson, Appellant Pro Se.  Nathan Douglas Childs, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodger Hanson appeals the district court's orders granting Defendant's motions for summary judgment in this civil rights action, denying Hanson's motion to appoint counsel, and denying his motion to compel discovery. We have reviewed the record and find no reversible error. Accordingly, we deny Hanson's motion to remand and affirm for the reasons stated by the district court. Hanson v. Owens, No. 5:14-ct-03078-D (E.D.N.C. Oct. 9, 2014; Feb. 10, 2015; Oct. 16, 2015; June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED